**Fill in this information to identify the case:**

Debtor 1    Karen Elaine Perkins fka Karen Elaine Knight

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Western     District of    Missouri
                                                                                  (State)

Case number    23-50243-btf13

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    **12/16**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002. 1.**

Name of creditor:    Lakeview Loan Servicing, LLC, by Flagstar Bank, N.A.             Court claim no, (if known):    12

Last 4 digits of any number you use to
identify the debtor's account:      XXXXXX1197

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X]   No

[ ]   Yes. Date of the last notice:

| **Part 1:** | **Itemized Postpetition Fees, Expenses, and Charges** |

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Date incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 10/20/23 | (5) | $ 300.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance Advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify:   Plan Review | 9/6/23 | (11) | $ 300.00 |
| 12. | Other. Specify: | | (12) | $ |
| 13. | Other. Specify: | | (13) | $ |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and changes you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1    Karen Elaine Perkins                                   Case number (if known)    23-50243-btf13
            First Name    Middle Name    Last Name

| Part 2: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X   s/ Daniel A. West                                             Date:    12/4/23
    Signature

Print:    Daniel A. West                                          Title    Attorney
          First Name    Middle Name    Last Name

Company    SouthLaw, P.C.

Address    13160 Foster, Suite 100
           Number                          Street

           Overland Park, KS 66213-2660
           City                 State        ZIP Code

                                                        mobknotices@southlaw.com
Contact phone    (913) 663-7600                Email

---

Official Form 410S2        **Notice of Postpetition Mortgage Fees, Expenses, and Charges**        Page 2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| In Re: | ) |
| | ) |
| Karen Elaine Perkins a/k/a Karen Elaine Knight, *Debtor* | ) |
| | ) Case No. 23-50243-btf13 |
| Lakeview Loan Servicing, LLC, by Flagstar Bank, N.A., *Creditor* | ) |
| | ) Chapter: 13 |
| | ) |
| vs. | ) |
| | ) |
| Karen Elaine Perkins a/k/a Karen Elaine Knight, *Debtor* | ) |
| | ) |
| and | ) |
| | ) |
| Richard  Fink, *Trustee* | ) |

### CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document was filed electronically on this December 4, 2023 with the United States Bankruptcy Court for the Western District of Missouri, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court.

Errin P Stowell
WM Law
15095 W 116th St
Olathe, KS 66062
**ATTORNEY FOR DEBTOR**

Richard Fink
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108-2663
**TRUSTEE**

Office of the United States Trustee
400 East 9th Street, Suite 3440
Kansas City, MO 64106
**U.S. TRUSTEE**

And delivered via U.S. Mail, First Class, postage prepaid, on December 4, 2023, to:

Karen Elaine Perkins
9813 N Montclair Ave
Kansas City, MO 64154
**DEBTOR**

SOUTHLAW, P.C.

  *s/ Daniel A. West*

Wendee Elliott-Clement (MBE #50311; KS #20523)
Hunter C. Gould (MBE #65355; #KSFd #78608; KS#29961)
Daniel A. West (MBE#48812; EDMO #98415; KSfd#70587)
13160 Foster, Suite 100
Overland Park, KS 66213-2660
(913) 663-7600 - (913) 663-7899 Fax
mobknotices@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 241704
Case No: 23-50243-btf13