# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:  KAREN ELAINE PERKINS**

**Case No.:  23-50243-can-13**

**Debtor**

## NOTICE ALLOWING/DISALLOWING CLAIMS

COMES NOW, Richard V. Fink, the Chapter 13 Trustee, pursuant to Local Rule 3085-1 of the Western District of Missouri, and Rule 3001(f) of the Federal Rules of Bankruptcy Procedure, and moves to have these claims allowed as set out below or disallowed as not filed, unless an objection to the claim is filed and the Court enters an Order which provides for a different treatment.

---

ADVANCE AMERICA CASH
ADVANCE CENTERS OF MO
PURPOSE FINANCIAL INC
DEPT 260
TULSA, OK 74182

**Court Claim No.:** 1
**Trustee Claim No.:** 2
**Amount of Claim:** $3,068.80
**Monthly Payment:** N/A
**Claim Type:** General Unsecured

**Account Number:** 0706
**Interest Rate:** N/A
**Balance Owed:** TBD
**% to be Paid:** TBD

---

ADVANCE FINANCIAL
ADMINISTRATION LLC
C O WEINSTEIN & RILEY PS
PO BOX 3978
SEATTLE, WA 98124-3978

**Court Claim No.:** 15
**Trustee Claim No.:** 1
**Amount of Claim:** $2,981.62
**Monthly Payment:** N/A
**Claim Type:** General Unsecured

**Account Number:** 2122
**Interest Rate:** N/A
**Balance Owed:** TBD
**% to be Paid:** TBD

---

CAPITAL ONE NA
BY AMERICAN INFOSOURCE
AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

**Court Claim No.:** 5
**Trustee Claim No.:** 3
**Amount of Claim:** $4,814.45
**Monthly Payment:** N/A
**Claim Type:** General Unsecured

**Account Number:** 2851
**Interest Rate:** N/A
**Balance Owed:** TBD
**% to be Paid:** TBD

---

CAPITAL ONE NA
BY AMERICAN INFOSOURCE
AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

**Court Claim No.:** 4
**Trustee Claim No.:** 5
**Amount of Claim:** $5,962.55
**Monthly Payment:** N/A
**Claim Type:** General Unsecured

**Account Number:** 1986
**Interest Rate:** N/A
**Balance Owed:** TBD
**% to be Paid:** TBD

---

CAPITAL ONE NA
BY AMERICAN INFOSOURCE
AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

**Court Claim No.:** 7
**Trustee Claim No.:** 34
**Amount of Claim:** $3,034.07
**Monthly Payment:** N/A
**Claim Type:** General Unsecured

**Account Number:** 8609
**Interest Rate:** N/A
**Balance Owed:** TBD
**% to be Paid:** TBD

---

TBD = To Be Determined

Case No.: 23-50243-can-13                    Debtor(s):  KAREN ELAINE PERKINS

| | | |
|---|---|---|
| COMENITY / VICTORIAS SECRET<br>POB 859728<br>SAN ANTONIO, TX 78265-9728 | **Court Claim No.:**  N/A<br>**Trustee Claim No.:**  6<br>**Amount of Claim:**  N/A<br>**Monthly Payment:**  N/A<br>**Claim Type:**  General Unsecured | **Account Number:**<br>**Interest Rate:**  N/A<br>**Balance Owed:**  N/A<br>**% to be Paid:**  N/A |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | **Court Claim No.:**  2<br>**Trustee Claim No.:**  7<br>**Amount of Claim:**  $6,639.98<br>**Monthly Payment:**  N/A<br>**Claim Type:**  General Unsecured | **Account Number:**  3894<br>**Interest Rate:**  N/A<br>**Balance Owed:**  TBD<br>**% to be Paid:**  TBD |
| DISCOVER PERSONAL LOANS<br>PO BOX 6105<br>CAROL STREAM, IL 60197 | **Court Claim No.:**  3<br>**Trustee Claim No.:**  8<br>**Amount of Claim:**  $33,749.89<br>**Monthly Payment:**  N/A<br>**Claim Type:**  General Unsecured | **Account Number:**  0812<br>**Interest Rate:**  N/A<br>**Balance Owed:**  TBD<br>**% to be Paid:**  TBD |
| HYUNDAI CAPITAL AMERICA HCA<br>DBA HYUNDAI MOTOR FINANCE<br>PO BOX 20809<br>FOUNTAIN VALLEY, CA 92728 | **Court Claim No.:**  9<br>**Trustee Claim No.:**  12<br>**Amount of Claim:**  $18,861.11<br>**Monthly Payment:**  $375.00<br>**Claim Type:**  Secured - Vehicle (E) | **Account Number:**  7469<br>**Interest Rate:**  6.7000%<br>**Balance Owed:**  $17,736.11<br>**% to be Paid:**  100.000% |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | **Court Claim No.:**  17<br>**Trustee Claim No.:**  28<br>**Amount of Claim:**  $1,024.41<br>**Monthly Payment:**  N/A<br>**Claim Type:**  General Unsecured | **Account Number:**  7576<br>**Interest Rate:**  N/A<br>**Balance Owed:**  TBD<br>**% to be Paid:**  TBD |
| JPMORGAN CHASE BANK NA S/B/M/T CHASE BANK USA NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | **Court Claim No.:**  8<br>**Trustee Claim No.:**  13<br>**Amount of Claim:**  $1,297.32<br>**Monthly Payment:**  N/A<br>**Claim Type:**  General Unsecured | **Account Number:**  7394<br>**Interest Rate:**  N/A<br>**Balance Owed:**  TBD<br>**% to be Paid:**  TBD |
| KINEX MEDICAL COMPANY LLC<br>1801 AIRPORT RD SUITE D<br>WAUKESHA, WI 53188 | **Court Claim No.:**  N/A<br>**Trustee Claim No.:**  15<br>**Amount of Claim:**  N/A<br>**Monthly Payment:**  N/A<br>**Claim Type:**  General Unsecured | **Account Number:**<br>**Interest Rate:**  N/A<br>**Balance Owed:**  N/A<br>**% to be Paid:**  N/A |

TBD = To Be Determined                    Page 2 of 6

Case No.: 23-50243-can-13                    Debtor(s):  KAREN ELAINE PERKINS

| | | |
|---|---|---|
| KOHLS CREDIT CARD<br>PO BOX 3115<br>MILWAUKEE, WI 53201 | **Court Claim No.:**  N/A<br>**Trustee Claim No.:**  16<br>**Amount of Claim:**  N/A<br>**Monthly Payment:**  N/A<br>**Claim Type:**  General Unsecured | **Account Number:**<br>**Interest Rate:**  N/A<br>**Balance Owed:**  N/A<br>**% to be Paid:**  N/A |
| LAKEVIEW LOAN<br>SERVICING LLC<br>FLAGSTAR BANK NA<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 | **Court Claim No.:**  12<br>**Trustee Claim No.:**  10<br>**Amount of Claim:**  $201,334.23<br>**Monthly Payment:**  N/A<br>**Claim Type:**  Mortgage Ongoing (Pd) | **Account Number:**  1197<br>**Interest Rate:**  N/A<br>**Balance Owed:**  N/A<br>**% to be Paid:**  N/A<br>**Special Remarks:**  Direct |
| LAKEVIEW LOAN<br>SERVICING LLC<br>FLAGSTAR BANK NA<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 | **Court Claim No.:**  12<br>**Trustee Claim No.:**  35<br>**Amount of Claim:**  $2,062.00<br>**Monthly Payment:**  N/A<br>**Claim Type:**  Mortgage Arrearage (Pr) | **Account Number:**  1197<br>**Interest Rate:**  N/A<br>**Balance Owed:**  $2,062.00<br>**% to be Paid:**  100.000% |
| LAKEVIEW LOAN<br>SERVICING LLC<br>FLAGSTAR BANK NA<br>5151 CORPORATE DR<br>TROY, MI 48098-2639 | **Court Claim No.:**  12S1<br>**Trustee Claim No.:**  37<br>**Amount of Claim:**  $600.00<br>**Monthly Payment:**  N/A<br>**Claim Type:**  Mortgage Additional Charges (Pr) | **Account Number:**  1197<br>**Interest Rate:**  N/A<br>**Balance Owed:**  $600.00<br>**% to be Paid:**  100.000% |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL<br>SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | **Court Claim No.:**  14<br>**Trustee Claim No.:**  4<br>**Amount of Claim:**  $10,063.55<br>**Monthly Payment:**  N/A<br>**Claim Type:**  General Unsecured | **Account Number:**  8044<br>**Interest Rate:**  N/A<br>**Balance Owed:**  TBD<br>**% to be Paid:**  TBD |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL<br>SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | **Court Claim No.:**  10<br>**Trustee Claim No.:**  29<br>**Amount of Claim:**  $7,964.66<br>**Monthly Payment:**  N/A<br>**Claim Type:**  General Unsecured | **Account Number:**  9046<br>**Interest Rate:**  N/A<br>**Balance Owed:**  TBD<br>**% to be Paid:**  TBD |

TBD = To Be Determined

Case No.: 23-50243-can-13                    Debtor(s): KAREN ELAINE PERKINS

---

| MERITAS HEALTH PARK PLAZA<br>6450 N CHATHAM AVE<br>KANSAS CITY, MO 64151 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 18<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
|---|---|---|
| METRO EMERGENCY PHYSICIANS<br>POB 78009<br>SAINT LOUIS, MO 63178 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 19<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | **Court Claim No.:** 18<br>**Trustee Claim No.:** 20<br>**Amount of Claim:** $516.56<br>**Monthly Payment:** N/A<br>**Claim Type:** Taxes - Priority (Pr) | **Account Number:** 7434<br>**Interest Rate:** N/A<br>**Balance Owed:** $516.56<br>**% to be Paid:** 100.000% |
| MISSOURI DEPARTMENT OF REVENUE<br>PO BOX 475<br>JEFFERSON CITY, MO 65105-0475 | **Court Claim No.:** 18<br>**Trustee Claim No.:** 36<br>**Amount of Claim:** $25.30<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:** 7434<br>**Interest Rate:** N/A<br>**Balance Owed:** TBD<br>**% to be Paid:** TBD |
| POST HILL HOMEOWNERS ASSOCIATION INC<br>4435 MAIN ST SUITE 920<br>KANSAS CITY, MO 64111 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 23<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** Secured (Pr) | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A<br>**Special Remarks:** Direct |
| POST HILL HOMEOWNERS ASSOCIATION INC<br>4435 MAIN ST SUITE 920<br>KANSAS CITY, MO 64111 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 33<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** Secured (Pr) | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |
| POWERPAY<br>POB 62426<br>KING OF PRUSSIA, PA 19406-0395 | **Court Claim No.:** N/A<br>**Trustee Claim No.:** 24<br>**Amount of Claim:** N/A<br>**Monthly Payment:** N/A<br>**Claim Type:** General Unsecured | **Account Number:**<br>**Interest Rate:** N/A<br>**Balance Owed:** N/A<br>**% to be Paid:** N/A |

TBD = To Be Determined

Case No.: 23-50243-can-13                    Debtor(s):  KAREN ELAINE PERKINS

---

SAINT LUKES HEALTH
SYSTEM
PO BOX 505291
SAINT LOUIS, MO 63150

**Court Claim No.:**  N/A
**Trustee Claim No.:**  25
**Amount of Claim:**  N/A
**Monthly Payment:**  N/A
**Claim Type:**  General Unsecured

**Account Number:**
**Interest Rate:**  N/A
**Balance Owed:**  N/A
**% to be Paid:**  N/A

---

ST LUKES NORTH HOSPITAL
901 E 104TH ST
KANSAS CITY, MO 64131

**Court Claim No.:**  11
**Trustee Claim No.:**  26
**Amount of Claim:**  $638.00
**Monthly Payment:**  N/A
**Claim Type:**  General Unsecured

**Account Number:**  1466
**Interest Rate:**  N/A
**Balance Owed:**  TBD
**% to be Paid:**  TBD

---

TD BANK USA NA
C O WEINSTEIN AND RILEY
PS
PO BOX 3978
SEATTLE, WA 98124-3978

**Court Claim No.:**  16
**Trustee Claim No.:**  30
**Amount of Claim:**  $2,486.03
**Monthly Payment:**  N/A
**Claim Type:**  General Unsecured

**Account Number:**  7884
**Interest Rate:**  N/A
**Balance Owed:**  TBD
**% to be Paid:**  TBD

---

THE BOARD OF TRUSTEES
OF NORTH KANSAS CITY
HOSP
C/O BESSINE WALTERBACH
LLP
3000 NE BROOKTREE LN #
100
KANSAS CITY, MO 64119

**Court Claim No.:**  13
**Trustee Claim No.:**  21
**Amount of Claim:**  $541.92
**Monthly Payment:**  N/A
**Claim Type:**  General Unsecured

**Account Number:**  7434
**Interest Rate:**  N/A
**Balance Owed:**  TBD
**% to be Paid:**  TBD

---

TOWER LOAN OF MISSOURI
LLC
DBA TOWER LOAN OF
LIBERTY
PO BOX 1624
LIBERTY, MO 64069

**Court Claim No.:**  6
**Trustee Claim No.:**  31
**Amount of Claim:**  $2,604.31
**Monthly Payment:**  N/A
**Claim Type:**  General Unsecured

**Account Number:**  XX72
**Interest Rate:**  N/A
**Balance Owed:**  TBD
**% to be Paid:**  TBD

---

US DEPT OF EDUCATION
DEPT OF
EDUCATION/MOHELA
PO BOX 790233
ST LOUIS, MO 63179

**Court Claim No.:**  19
**Trustee Claim No.:**  17
**Amount of Claim:**  $9,389.43
**Monthly Payment:**  N/A
**Claim Type:**  General Unsecured

**Account Number:**  7434
**Interest Rate:**  N/A
**Balance Owed:**  TBD
**% to be Paid:**  TBD

---

TBD = To Be Determined

Case No.: 23-50243-can-13                    Debtor(s): KAREN ELAINE PERKINS

---

WAGONER BANKRUPTCY          **Court Claim No.:** N/A          **Account Number:**
GROUP                       **Trustee Claim No.:** 0         **Interest Rate:** N/A
15095 W 116TH ST            **Amount of Claim:** $4,593.00   **Balance Owed:** $3,637.87
OLATHE, KS 66062            **Monthly Payment:** $300.00      **% to be Paid:** 100.000%
                            **Claim Type:** Attorney Fee

Respectfully submitted,

March 19, 2024                              /s/ Richard V. Fink, Trustee

                                           Richard V. Fink, Trustee
                                           2345 Grand Blvd., Ste. 1200
                                           Kansas City, MO 64108-2663
                                           (816) 842-1031

### NOTICE

**Any response to the above Notice Allowing Claim must be filed within thirty (30) days of the date of this notice with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. Parties not represented by an attorney may mail a response to the Court at the address below. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

                                           /s/ Richard V. Fink, Trustee

                                                   LG      /Notice - Allow/Disallow Claims

TBD = To Be Determined                     Page 6 of 6