**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

In re:                                                    )
    **KAREN ELAINE PERKINS**        )
                           )        Case No. 23-50243-can-13
             Debtor.        )

**<u>MOTION TO DISMISS FOR POST-PETITION GAMBLING</u>**

    COMES NOW Richard V. Fink, the Standing Chapter 13 Trustee ("trustee"), and files this Motion to Dismiss for cause pursuant to 11 U.S.C. §1307(c)(1), and in support thereof states:

1.  Trustee received a copy of debtor's 2023 tax returns, which show $26,106.00 of gambling winnings.

2.  There is no gambling income listed on the Statement of Financial of Affairs, so trustee assumes this is from post-petition gambling.

3.  It is trustee's position that post-petition gambling constitutes sufficient cause under 11 U.S.C. §1307(c)(1) to dismiss debtor's case.

4.  In the alternative, trustee requests that debtor amend her plan to add the amount of gambling winnings to the amount already being paid to the non-priority unsecured creditors.

5.  The confirmed plan pays a dividend of 13.651% to the non-priority unsecured creditors, or about $13,144.04. The plan would need to be amended to a dividend of 40.764% to account for the gambling winnings.

    WHEREFORE, trustee requests the Court enter an Order dismissing debtor's case for cause pursuant to 11 U.S.C. §1307(c)(1).

                                     Respectfully submitted,

November 20, 2024               <u>/s/ Richard V. Fink, Trustee</u>
                                    Richard V. Fink, Trustee
                                    2345 Grand Blvd., Ste. 1200
                                    Kansas City, MO 64108-2663
                                    (816) 842-1031

## NOTICE OF MOTION

**Any response to the motion must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov.  A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing.  Parties not represented by an attorney may mail a response to the Court at the address below.  If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing.  If a hearing is to be held, notice of such hearing will be sent to all parties in interest.  **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), this proceeding will be dismissed by separate Order of the Court.**  For information about electronic filing, go to http://www.mow.uscourts.gov.  If you have any questions about this document, contact your attorney.

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) – attorney for debtor(s)

/s/ Richard V. Fink, Trustee